IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH JUDICIAL CIRCUIT

ADAM GROSCH                                                                  APPELLEE

VS.                                                                CAUSE NO. 09-60159
                                                                   USDC NO. 2:06CV204-P-A

TUNICA COUNTY, MISSISSIPPI,
TUNICA COUNTY SHERIFF'S DEPUTY
DORNAE MOSBY, AND HWCC-TUNICA, INC.                                          APPELLANTS

## JOINT MOTION TO DISMISS

COMES NOW HWCC-Tunica, Inc. ("Hollywood"), and Adam Grosch, by and through counsel, and file this Motion to Dismiss, and in support thereof, would show unto the court, as follows:

1.

On February 26, 2009, Hollywood and Adam Grosch entered into an agreement to settle all issues including those presently on appeal. Both Hollywood and Adam Grosch request that this matter be dismissed, as it has been fully and finally settled.

WHEREFORE, PREMISES CONSIDERED, Hollywood and Adam Grosch move this court for a dismissal of the appeal filed by Hollywood and for such other relief as the court deems appropriate.

Respectfully submitted,

HWCC-TUNICA, INC.

BY: _____
OF COUNSEL

WILTON V. BYARS, III, ESQ. - MS BAR #9335
TERRY D. LITTLE, ESQ. - MS BAR #99194
DANIEL COKER HORTON AND BELL, P.A.
265 NORTH LAMAR BOULEVARD, SUITE R
POST OFFICE BOX 1396
OXFORD, MISSISSIPPI 38655-1396
TELEPHONE: (662) 232-8979
FACSIMILE: (662) 232-8940

                                              Respectfully submitted,

                                              ADAM GROSCH

                       BY:   _____
                                              OF COUNSEL

ROBERT B. MCDUFF, ESQ. - MS BAR #2532
767 NORTH CONGRESS STREET
JACKSON, MS 39202

A. RANDALL HARRIS, ESQ. - MS BAR #1975
P.O. BOX 2332
MADISON, MS 39130